# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Lynn Lietz

                        Plaintiff,

v.                                   Case No.: 1:20–cv–03207

                                   Honorable Sharon Johnson Coleman

Snap–On, Incorporated, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 19, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone final approval hearing held on 10/19/2022. There being no objections from defendants, the Court takes the motion for final approval of class settlement [93] and petition for attorney fees [86] under advisement. Counsel is to provide the Court with proposed orders in Word format. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.